# EXHIBIT "A"

BLICK LAW LLC
220 Davidson Avenue, Suite 300
Somerset, New Jersey 08873
(848) 222-3500 - Telephone
(848) 222-3550 - Fax
By: Shaun I. Blick, Esq. - NJ Attorney ID: 013752006
sblick@blicklaw.com
Brett M. Lederer, Esq. - NJ Attorney ID: 305862019
blederer@blicklaw.com
*Attorneys for Plaintiffs, Rainier Guanlao,*
*individually and as guardian of W.G., a minor,*
*and Kristy Guanlao, individually and as guardian*
*of W.G., a minor.*

| | |
|---|---|
| RAINIER GUANLAO, INDIVIDUALLY AND AS GUARDIAN OF W.G., a minor AND KRISTY GUANLAO, INDIVIDUALLY AND AS GUARDIAN OF W.G., a minor, and W.G., a minor, <br><br>     Plaintiffs, <br><br>  v. <br><br>DAVE & BUSTER'S OF NEW JERSEY, INC., DAVE & BUSTER'S, INC, DAVE & BUSTER'S ENTERTAINMENT, INC., WOODBRIDGE CENTER PROPERTY LLC, BROOKFIELD PROPERTIES RETAIL, INC. D/B/A WOODBRIDGE CENTER MALL, RAW THRILLS, INC., JOHN DOES 1-10 (names being fictitious and unknown), ABC CORPS. 1-10 (names being fictitious and unknown), JOHN DOES 11-20 (names being fictitious and unknown), and ABC CORPS. 11-20 (names being fictitious and unknown), <br><br>     Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION, MIDDLESEX COUNTY DOCKET NO. MID-L-5789-21 <br><br>    Civil Action <br><br>    **SUMMONS** |

From the State of New Jersey to the Defendant(s) Names Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed

Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf

s/Michelle M. Smith
Michelle M. Smith, Esq.
Clerk of the Superior Court

Dated:    October 7, 2021

Name of Defendant to Be Served:    Dave and Buster's

Address of Defendant to Be Served:     Woodbridge Center Mall
274 Woodbridge Center Drive
Woodbridge, New Jersey 07095

BLICK LAW LLC
220 Davidson Avenue, Suite 300
Somerset, New Jersey 08873
(848) 222-3500 - Telephone
(848) 222-3550 - Fax
By: Shaun I. Blick, Esq. - NJ Attorney ID: 013752006
sblick@blicklaw.com
Brett M. Lederer, Esq. - NJ Attorney ID: 305862019
blederer@blicklaw.com
*Attorneys for Plaintiffs, Rainier Guanlao,*
*individually and as guardian of W.G., a minor,*
*and Kristy Guanlao, individually and as guardian*
*of W.H., a minor.*

| | |
|---|---|
| RAINIER GUANLAO, INDIVIDUALLY AND AS GUARDIAN OF W.G., a minor AND KRISTY GUANLAO, INDIVIDUALLY AND AS GUARDIAN OF W.G., a minor, and W.G., a minor, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION, MIDDLESEX COUNTY DOCKET NO. MID-L- |
| Plaintiffs, | Civil Action |
| v. | **COMPLAINT AND JURY DEMAND** |
| DAVE & BUSTER'S OF NEW JERSEY, INC., DAVE & BUSTER'S, INC, DAVE & BUSTER'S ENTERTAINMENT, INC., WOODBRIDGE CENTER PROPERTY LLC, BROOKFIELD PROPERTIES RETAIL, INC. D/B/A WOODBRIDGE CENTER MALL, RAW THRILLS, INC., JOHN DOES 1-10 (names being fictitious and unknown), ABC CORPS. 1-10 (names being fictitious and unknown), JOHN DOES 11-20 (names being fictitious and unknown), and ABC CORPS. 11-20 (names being fictitious and unknown), | |
| Defendants. | |

1

Plaintiffs Rainier Guanlao and Kristy Guanlao, both individually and on behalf of their minor child, W.G., by and through counsel, Blick Law LLC, by way of Complaint against Defendants, state:

## PARTIES

1.    Plaintiff Rainier Guanlao is an individual residing at 46 Clarendon Court, Metuchen, New Jersey 08840 and is the father and a legal guardian of W.G., a minor.

2.    Plaintiff Kristy Guanlao is an individual residing at 46 Clarendon Court, Metuchen, New Jersey 08840 and is the mother and a legal guardian of W.G., a minor.

3.    W.G. is the minor child of Rainier Guanlao and Kristy Guanlao, residing therewith.

4.    Plaintiffs Rainier Guanlao and Kristy Guanlao, both individually and as the legal guardians of W.G., a minor, are hereinafter collectively referred to as "Plaintiffs."

5.    Upon information and belief, Defendant Dave & Buster's of New Jersey, Inc. is a Delaware corporation with a principal place of business at 2481 Manana Drive, Dallas Texas 75220.

6.    Upon information and belief, Defendant Dave & Buster's, Inc. is a Missouri corporation with a principal place of business as 2481 Manana Drive, Dallas, Texas 75220.

2

7. Upon information and belief, Defendant Dave & Buster's Entertainment, Inc. is a Delaware corporation with a principal place of business at 2481 Manana Drive, Dallas, Texas 75220.

8. Defendants Dave & Buster's of New Jersey, Inc., Dave & Buster's, Inc., and Dave & Buster's Entertainment, Inc. are hereinafter collectively referred to as "Dave & Buster's".

9. Upon information and belief, Dave & Buster's is in the business of owning and/or operating arcades, restaurants, and bars throughout the United States, including the Dave & Buster's arcade, restaurant, and bar located at 274 Woodbridge Center Drive, Woodbridge, New Jersey 07095 (hereinafter referred to as "Dave & Buster's Woodbridge").

10. Upon information and belief, Defendant Brookfield Properties Retail, Inc., individually and d/b/a Woodbridge Center (hereinafter referred to as "Brookfield Properties") is a Delaware corporation with a principal place of business at Brookfield Place New York, 250 Vesey Street, 15th Floor, New York, New York 10281.

11. Upon information and belief, Brookfield Properties is in the business of commercial real estate investment and is the owner and/or operator of the mall known as Woodbridge

3

Center located at 250 Woodbridge Center Drive, Woodbridge, New Jersey 07095 (hereinafter "Woodbridge Center").

12. Upon information and belief, Defendant Woodbridge Center Property LLC is a foreign corporation with its principal place of business in Chicago, IL.

13. Upon information and belief, Woodbridge Center Property LLC is in the business of commercial real estate investment and is the owner and/or operator of the mall known as Woodbridge Center.

14. Dave & Buster's Woodbridge is located within the Woodbridge Center mall.

15. Dave & Buster's Woodbridge and the Woodbridge Center mall are hereinafter collectively referred to as "the Property".

16. Upon information and belief, Defendant Raw Thrills, Inc. (hereinafter referred to as "Raw Thrills") is an Illinois corporation with a principal place of business at 5441 Fargo Avenue, Skokie, Illinois 60077.

17. Upon information and belief, Raw Thrills is in the business of designing, manufacturing, assembling, marketing, selling, and/or leasing arcade games and equipment.

4

18. Upon information and belief, Raw Thrills designed, manufactured, assembled, marketed, sold, and/or leased the arcade game Space Invaders Frenzy.

19. Defendants John Does 1-10 (names being fictitious) are individuals, the identities of whom are not yet known, who own, lease, operate, occupy, manage, maintain, repair, service, and/or supervise the Property, and are liable to Plaintiffs for the injuries and damages complained of herein.

20. Defendants ABC Corps. 1-10 (names being fictitious) are companies, partnerships, firms, corporate entities, and/or commercial entities, the identities of which are not yet known, which own, lease, operate, occupy, manage, maintain, repair, service, and/or supervise the Property, and are liable to Plaintiffs for the injuries and damages complained of herein.

21. John Does 11-20 (names being fictitious) are individuals, the identities of whom are not yet known, who designed, manufactured, assembled, marketed, sold, leased, and/or distributed the Space Invaders Frenzy arcade game, and are liable to Plaintiffs for the injuries and damages complained of herein.

22. Defendants ABC Corps. 11-20 (names being fictitious) are companies, partnerships, firms, corporate

5

entities, and/or commercial entities, the identities of which are not yet known, which designed, manufactured, assembled, marketed, sold, leased, and/or distributed the Space Invaders Frenzy arcade game, and are liable to Plaintiffs for the injuries and damages complained of herein.

## JURISDICTION AND VENUE

23. This Court has personal and subject matter jurisdiction over this action pursuant to R. 4:4-1 et seq.

24. Venue is appropriate in this Court pursuant to R. 4:3-2(a).

## FACTS COMMON TO ALL COUNTS

25. On or about April 1, 2021, Plaintiff Kristy Guanlao and her minor child, W.G., patronized Dave & Buster's Woodbridge located within Woodbridge Center.

26. At said time and place, W.G., a minor, was playing in the arcade area when her forehead was impaled on a sharp, dangerous, and protruding surface on a Space Invaders Frenzy arcade game.

27. As a direct and proximate result of W.G.'s impalement on this dangerous and defective condition, she was caused to suffer severe and permanent personal and other injuries and scarring, which have and will continue to require medical treatment, surgery, and medication, the expenditure

of time and money, and the inability to perform certain life activities.

## FIRST COUNT
### (PREMISES LIABILITY – AS TO THE DAVE & BUSTER'S DEFENDANTS, WOODBRIDGE CENTER PROPERTY LLC, BROOKFIELD PROPERTIES, JOHN DOES 1-10, AND ABC CORPS. 1-10)

28. Plaintiffs repeat and reallege the previous allegations as if set forth more fully herein.

29. On or about April 1, 2021, Plaintiff Kristy Guanlao and her minor child, W.G., were lawfully on the Property as business invitees of Dave & Buster's, Woodbridge Center Property LLC, and Brookfield Properties.

30. At all times relevant herein, Dave & Buster's, Brookfield Properties, Woodbridge Center Property LLC, John Does 1-10, and ABC Corps. 1-10 owned, leased, operated, occupied, supervised, managed, and/or maintained the Property.

31. Dave & Buster's, Brookfield Properties, Woodbridge Center Property LLC, John Does 1-10, and ABC Corps. 1-10 did so negligently and carelessly own, lease, operate, occupy, supervise, manage, and/or maintain the Property so as to cause a dangerous or unreasonably unsafe condition to exist thereon.

32.    As a direct and proximate cause of the negligence of Dave & Buster's, Brookfield Properties, Woodbridge Center Property LLC, John Does 1-10 and ABC Corps. 1-10, as aforesaid, W.G., a minor, was caused to be injured due to the aforesaid dangerous condition and was caused to sustain and did sustain serious and permanent personal injuries and scarring requiring the care and treatment of physicians, surgery, and medications, and has and in the future will continue to be hampered in her daily routine.

33.    The aforesaid acts or omissions of Dave & Buster's, Brookfield Properties, Woodbridge Center Property LLC, John Does 1-10, and ABC Corps. 1-10 was reasonably foreseeable.

WHEREFORE Plaintiffs, both individually and as the parents and legal guardians of W.G., a minor, and minor child W.G. demand judgment against Defendants Dave & Buster's of New Jersey, Inc., Dave & Buster's, Inc., Dave & Buster's Entertainment, Inc., Brookfield Properties Retail, Inc., Woodbridge Center Property LLC, John Does 1-10 (names being fictitious), and ABC Corps. 1-10 (names being fictitious), jointly, severally, and/or in the alternative, awarding compensatory damages, economic damages, treble damages, punitive damages, pre-judgment interest, reasonable

8

attorney's fees, disbursements and court costs, and such further relief as the court deems proper and just.

## SECOND COUNT
**(PRODUCTS LIABILITY – DESIGN DEFECT, MANUFACTURING DEFECT, DEFECTIVE WARNING/FAILURE TO WARN – AS TO DEFENDANTS RAW THRILLS, JOHN DOES 11-20, AND ABC CORPS. 11-20)**

34. Plaintiffs repeat and reallege the previous allegations as it set forth more fully herein.

35. Defendants Raw Thrills, John Does 11-20, and ABC Corps. 11-20 are the designers, manufacturers, assemblers, marketers, sellers, lessors, and distributors of the Space Invaders Frenzy arcade game and its components.

36. Defendants Raw Thrills, John Does 11-20, and ABC Corps. 11-20 are strictly liable to reasonably foreseeable users for any defects in the products they insert into the stream of commerce.

37. Plaintiffs' minor child, W.G. was a reasonably foreseeable user of the Space Invaders Frenzy arcade game and its components.

38. Plaintiffs' minor child, W.G. used and/or was otherwise exposed to the Space Invaders Frenzy arcade game for its intended and foreseeable purpose and use.

39. Defendants Raw Thrills, John Does 11-20, and ABC Corps. 11-20's product, the Space Invaders Frenzy arcade game and its components, deviated from design specifications,

9

formulae, or performance standards of the manufacturer, industry standards, or from otherwise identical products manufactured to the same manufacturing specifications or formulae.

40. Defendants Raw Thrills, John Does 11-20, and ABC Corps. 11-20's products, the Space Invaders Frenzy arcade game and its components, failed to contain adequate warnings, and Defendants Raw Thrills, John Does 11-20, and ABC Corps. 11-20 failed to give proper notice of defects that were previously discovered, should have been discovered, or where known to them.

41. Defendants Raw Thrills, John Does 11-20, and ABC Corps. 11-20's product, the Space Invaders arcade game and its components, were designed in a defective manner and a reasonably feasible alternative design existed to remedy the defects.

42. Defendants Raw Thrills, John Does 11-20, and ABC Corps. 11-20's product, the Space Invaders Frenzy arcade game and its components, were manufactured in a defective manner.

43. Defendants Raw Thrills, John Does 11-20, and ABC Corps. 11-20 owed a duty to Plaintiffs and their minor child, W.G., to insert into the stream of commerce a product that

10

was reasonably fit, suitable and safe for its intended and foreseeable purpose and use.

44.    Defendants Raw Thrills, John Does 11-20, and ABC Corps. 11-20 owed a duty to Plaintiffs and their minor child, W.G., to design, manufacture, maintain, inspect, and provide adequate warnings for the product they inserted into the stream of commerce.

45.    Defendants Raw Thrills, John Does 11-20, and ABC Corps. 11-20 breached the duties owed to Plaintiffs and their minor child, W.G.

46.    As a direct and proximate result of Defendants Raw Thrills, John Does 11-20, and ABC Corps. 11-20's breach, Plaintiffs' minor child, W.G., sustained serious and permanent personal injury, other injury, scarring, and economic damages.

47.    In accordance with the New Jersey Products Liability Act, N.J.S.A. 2A:58C-1 et seq., Defendants Raw Thrills, John Does 11-20, and ABC Corps. 11-20 are strictly liable to Plaintiffs for the injuries sustained by their minor child, W.G.

WHEREFORE Plaintiffs, both individually and as the parents and legal guardians of W.G., and minor child W.G. demand judgment against Defendants Raw Thrills, Inc., John

11

Does 11-20 (names being fictitious), and ABC Corps. 11-20 (names being fictitious), jointly, severally, and/or in the alternative, for compensatory damages, economic damages, treble damages, punitive damages, pre-judgment interest, reasonable attorney's fees, disbursements and court costs, and such further relief as the court deems proper and just.

### JURY DEMAND

Plaintiffs Rainier Guanlao and Kristy Guanlao, both individually and as the parents and legal guardians of their minor child, W.G., and W.G., minor child, hereby demand a trial by jury as to all issues and claims.

### DESIGNATION OF TRIAL COUNSEL

Shaun I. Blick, Esq. is hereby designated as trial counsel in the above-captioned action.

### DEMAND FOR PRODUCTION OF INSURANCE AGREEMENTS

Pursuant to R. 4:10-2(b), demand is made that you disclose to the undersigned, and provide copies, of any insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in this action or to indemnify or reimburse for payment made to satisfy the judgment. Please produce a copy of each, or in

12

the alternative, state under oath and certification, the: (a) policy number; (b) name and address of the insurer; (c) inception and expiration date; (d) names and addresses of all persons insured thereunder; (e) personal injury limits; (f) property damage limits; and (g) medical payment limits.

## DEMAND FOR ANSWER TO INTERROGATORIES

Pursuant to R. 4:17-1, Plaintiffs demand that the Defendants provide answers to the applicable Uniform Interrogatories as set forth in Appendix II of the rules governing the Court of the State of New Jersey.

## CERTIFICATION PURSUANT TO R. 4:5-1

I, Shaun I. Blick, hereby certify and state:

1. I am an attorney at law of New Jersey and the Managing Member of Blick Law LLC, attorneys for Plaintiffs.

2. As such, I have personal knowledge of the matters to which I certify herein.

3. To the best of my knowledge, information and belief, there is no other action pending about the subject matter of this Complaint in the Superior Court of New Jersey, Law Division. Additionally, there are no other persons known

13

to me who should be added as parties to this matter, nor are there any other actions contemplated.

14

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

> BLICK LAW LLC
> *Attorneys for Plaintiffs*
> *Rainier Guanlao and Kristy*
> *Guanlao, both individually*
> *and as guardian of W.G., a*
> *minor.*

By: _____
    Shaun I. Blick, Esq.

Date:      October 5, 2021

15

# Civil Case Information Statement

## Case Details: MIDDLESEX | Civil Part Docket# L-005789-21

**Case Caption:** GUANLAO RAINIER VS DAVE & BUSTER'S OF N EW JERSE
**Case Initiation Date:** 10/05/2021
**Attorney Name:** SHAUN I BLICK
**Firm Name:** BLICK LAW LLC
**Address:** 220 DAVIDSON AVENUE, STE 300
SOMERSET NJ 08873
**Phone:** 8482223500
**Name of Party:** PLAINTIFF : Guanlao, Rainier
**Name of Defendant's Primary Insurance Company**
(if known): Unknown

**Case Type:** PRODUCT LIABILITY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: Rainier Guanlao?** NO

**Are sexual abuse claims alleged by: KRISTY GUANLAO?** NO

**Are sexual abuse claims alleged by: W G?** NO

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
    **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

10/05/2021
Dated

/s/ SHAUN I BLICK
Signed