**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
:
RAINIER GUANLAO, INDIVIDUALLY AND AS    :
GUARDIAN OF W.G., a minor AND KRISTY    :       Case No. 2:21-cv-19580-CCC-AME
GUANLAO, INDIVIDUALLY AND AS            :
GUARDIAN OF W.G., a minor, and W.G., a minor,  :
:       **CONSENT ORDER APPROVING**
Plaintiffs,    :       **SETTLEMENT AND**
:       **DISTRIBUTION OF FUNDS AND**
:       **ENTERING DISMISSAL WITH**
vs.    :       **PREJUDICE**
:
DAVE & BUSTER'S OF NEW JERSEY, INC.,   :
DAVE & BUSTER'S, INC, DAVE & BUSTER'S  :
ENTERTAINMENT, INC., WOODBRIDGE        :
CENTER PROPERTY LLC, BROOKFIELD        :
PROPERTIES RETAIL, INC. D/B/A          :
WOODBRIDGE CENTER MALL, RAW            :
THRILLS, INC., JOHN DOES 1-10 (names being  :
fictitious and unknown), ABC CORPS. 1-10 (names  :
being fictitious and unknown), JOHN DOES 11-20  :
(names being fictitious and unknown), and ABC  :
CORPS. 11-20 (names being fictitious and       :
unknown);    :
:
Defendants.    :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

THIS MATTER having come before the Court upon the joint application of Shaun I. Blick,

Esq. of Blick Law LLC as attorney for the Plaintiffs, Rainier Guanlao, Individually and as

Guardian of W.G., a  minor, and Kristy Guanlao, Individually and as Guardian of W.G., a minor,

Jennifer Bruder, Esq. of Haworth Barber & Gerstman, LLC, as attorneys for Defendant Raw

Thrills, Inc., and Robyn F. McGrath, Esq., of Sweeney & Sheehan, P.C., as attorneys for

Defendants Dave & Buster's of New Jersey, Inc., Dave & Buster's Inc., Dave & Buster's

Entertainments, Inc. Woodbridge Center Property, LLC and Brookfield Properties Retail, Inc.

d/b/a Woodbridge Center Mall, in the above entitled cause. The attorneys for the parties having reported to this Court that a settlement of all claims in this case has been reached between Plaintiffs and Defendants; and the Court having taken proofs on the record and having made sufficient inquiry of Plaintiffs on the record as to the fairness and reasonableness of the Settlement and with the Court being satisfied with the representations of the parties concerning medical treatment, and Plaintiffs having confirmed, on the record, that the subject Settlement is in Plaintiff minor child's best interest and fair and reasonable; and for good cause having been shown;

IT IS on this               day of                    2023,

ORDERED that the parties have agreed to settlement, distribution of funds, and dismissal of all claims with prejudice, the terms of which are set forth below and which are found by this Court to be fair and reasonable, BE AND HEREBY IS APPROVED by this Court; and

IT IS FURTHER ORDERED that the terms of the settlement by and between the parties are set forth as follows:

1. Plaintiffs hereby release and give up any and all claims and rights which Plaintiffs may have against the Defendants and their employees, agents, assigns, servants, successors, heirs, executors, administrators, insurers, third-party claims administrators, officers, and directors, regarding the incidents specifically described below, including but not limited to those claims of which Plaintiffs are unaware. Plaintiffs specifically release and give up any and all claims and rights arising from the incident at issue in the Complaint filed in the District of New Jersey under Civil Action Number 2:21-cv-19580-CCC-AME.

2. In exchange for this Release, the minor Plaintiff W.G. will be paid a total of Thirty-Six Thousand Dollars and Zero Cents ($36,000.00) from the Defendants in full and complete

settlement of any and all actual or potential claims, known or unknown, as set forth in paragraph 1 above.

3.  Defendants shall issue payment in form of two separate checks in the total amount of Thirty Six Thousand Dollars ($36,000.00), drawn on goods funds and each made payable to the Blick Law LLC Attorney Trust Account. Defendants shall forward said checks to Plaintiffs' counsel within 30 days of entry of this order, which checks shall be promptly deposited into the Blick Law LLC Attorney Trust Account.

4.  Plaintiffs acknowledge on the record that Plaintiffs understand and agree that upon Defendants' issuance of the subject checks, Plaintiffs cannot seek anything further regarding the claims described in paragraph 1 above, including any other payment from Defendants. Moreover, upon entry of this Order, Plaintiffs shall dismiss any and all claims against Defendants, be and they hereby are dismissed with prejudice.

5.  Plaintiffs and Defendants further agree that each party shall bear its own costs and attorneys' fees.

6.  It is expressly understood that the entry of this Order in accordance with New Jersey Court Rule. 4:44-3 and the payment of funds pursuant to the terms set forth above is a compromise of a disputed claim arising from the alleged incident at issue and is in no way an admission of liability on the part of the Defendants. The parties have agreed to this Settlement solely for the purposes of terminating all disputes and litigation between the parties and upon the advice of legal counsel.

IT IS FURTHER ORDERED that the minor Plaintiff W.G. shall receive the gross amount of Thirty Six Thousand Dollars ($36,000.00), less appropriate deductions set forth herein.

3

IT IS FURTHER ORDERED that the following deductions shall be made from the gross settlement as follows, and paid from the Blick Law LLC Attorney Trust Account: $9,532.49 to be paid to Blick Law LLC, Plaintiffs' attorney, consisting of $532.49 for actual disbursements, costs and expenses, and $9,000.00 for attorneys' fees (25% in accordance with New Jersey Rule 1:21-7(c)(6)). Plaintiffs' counsel's failure to comply with the payment schedule set forth in this paragraph shall not and does not have any impact on the full and final settlement between Plaintiffs and Defendants in this matter. Blick Law LLC shall draw down on the settlement proceeds held in trust for the payment of the counsel fees and costs.

IT IS FURTHER ORDERED, pursuant to R. 4:48A, that the net recovery of $26,467.51 shall be paid from the settlement funds deposited in the Blick Law LLC Attorney Trust Account, as follows: a draft made payable to the Surrogate of Middlesex County Intermingled Account in the name of minor Plaintiff, W.G., in the amount of $26,467.51. Plaintiffs' counsel shall make such payment within 10 days of receipt of the Settlement Proceeds from Defendants. Plaintiffs' counsel's failure to comply with the payment schedule set forth in this paragraph shall not and does not have any impact on the full and final settlement between the parties in this matter.

IT IS FURTHER ORDERED that Plaintiffs' parents shall immediately make application to the Surrogate of Middlesex County, pursuant to Rule 4:81, for the appointment of a limited guardian of the estate of the minor Plaintiff, W.G., limited to the amount on deposit with the Surrogate. Said guardian shall not be authorized to receive any funds on behalf of the minor child except court-directed withdrawals. It shall be the responsibility of the attorney for the Plaintiffs to see that this appointment is completed. Upon otherwise qualifying as guardian, the posting of a bond by that person is dispensed with pursuant to N.J.S.A. 3B:15-16. Thereafter monies are to be paid from said accounts only upon further order of the Superior Court of New Jersey, Chancery

Division, Probate Part, pursuant to <u>N.J.S.A.</u> 3B:15-17, or upon the minor attaining majority under <u>N.J.S.A.</u> 3B:15-17.l. Plaintiffs' counsel's and/or Plaintiffs' parents' failure to comply with the terms set forth in this paragraph shall not and does not have any impact on the full and final settlement between the parties in this matter.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all parties of record within seven days of the date of its receipt by movant.

By consent of the parties:

**BLICK LAW LLC**

By: _____
Shaun I. Blick, Esq.
220 Davidson Avenue, Ste. 300
Somerset, New Jersey 08873
Tel.    (848) 300-3500
Fax     (848) 222-3550
sblick@blicklaw.com
*Attorneys for Plaintiffs*

**HAWORTH BARBER & GERSTMAN, LLC**

By: _____
Jennifer Bruder, Esq.
505 Main Street, Suite 212
Hackensack, New Jersey 07601
Telephone: (201) 831-1400
Facsimile: (201) 831-1401
*Attorneys for Defendant Raw Thrills, Inc.*

**SWEENEY & SHEEHAN, P.C.**

By: *Robyn F. McGrath*
_____
Robyn F. McGrath, Esq.
1515 Market Street, 19th Floor
Philadelphia, PA 19102
Telephone: (215) 563-9811
Facsimile: (215) 557-0999
*Attorneys for Defendants Dave & Buster's of New Jersey, Inc., Dave & Buster's Inc., Dave & Buster's Entertainments, Inc. Woodbridge Center Property, LLC and Brookfield Properties Retail, Inc. d/b/a Woodbridge Center Mall*

So Ordered:

_____
Honorable André M. Espinosa, U.S.M.J.

6